# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CV113-106 |
| $9,100 IN U.S. CURRENCY; and | ) |
| | ) |
| $9,063 IN U.S. CURRENCY, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

On February 9, 2013, the Drug Enforcement Administration seized $9,100.00 in United States Currency and $9,063.00 in United States Currency ("Defendant Currency") from Antron Wright and Robert O'Shields. On June 21, 2013, the United States initiated these judicial proceedings by filing a Complaint for Forfeiture *in Rem* against the Defendant Currency pursuant to 18 U.S.C. § 981(a)(1)(A), and pursuant to 18 U.S.C. §§ 1956, 1957 and/or 1960. (Doc. 1). Antron Wright ("Claimant") was served with copies of the Complaint and Notice of Forfeiture on or about July 1, 2013. (Doc. 3). Robert O'Shields was served with copies of the Complaint and Notice of Forfeiture on or about July 10, 2013. (Doc. 4). The United States Marshals Service arrested the Defendant Currency on June 24, 2013. (Doc. 2).

In addition to providing Claimant with personal notice that a Complaint for Forfeiture had been filed and that the Defendant Currency had been arrested, the United States notified all other potential claimants by publishing notice on the

government internet website, www.forfeiture.gov, for thirty days beginning on June 28, 2013. (Doc. 8).

Claimant filed a Claim to the Defendant Currency on July 23, 2013. (Doc. 6.), and an Answer on August 2, 2013. (Doc. 7). No other Claim was filed, and the time in which to do so has expired.

The parties entered into a Stipulation of Settlement and Release of All Claims resolving all of the issues raised in the Complaint. Specifically, the parties agreed that the United States shall return $4,600.00 to Claimant in consideration of Claimant's agreement to forfeit to the United States the remaining $4,500.00 and $9,063.00 in U.S. Currency, and that this shall constitute a full and final settlement of all claims that Claimant has as a result of the seizure.

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of the proceeding as required by statute, and that all persons known to the United States to have a possible interest in the Defendant Currency, have received actual notice and service of the Complaint and Warrant for Arrest in this action.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $4,500.00 and $9,063.00 in U.S. Currency of the Defendant Currency, which shall be disposed of by the United States according to law and the terms of this Order.

2. The United States Marshals Service shall return $4,600.00 to Claimant. Claimant shall not be entitled to receive any further payment from the United States as a result of the seizure.

3. The parties shall be responsible for payment of their own expenses, including attorney's fees, incurred in connection with this proceeding.

4. For the purpose of enforcing this Order, the United States District Court shall retain jurisdiction for 30 days.

This 27th day of March, 2014.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia

CONSENTED TO:

EDWARD J. TARVER
UNITED STATES ATTORNEY

_____  Date: 3/10/14
Jeffrey J. Buerstatte
Assistant United States Attorney
Georgia Bar No. 093416
P.O. Box 8970
Savannah, Georgia 31412

CLAIMANT:

_____  Date: 3/6/14
Justin D. Maines
Attorney For Antron Wright
210 E. 31st St.
Savannah, GA 31401

_____  Date: 5/24/14
Antron Wright
Claimant

3